## CERTIFICATION OF CARLOS RODRIGUEZ MENA
## PURSUANT TO THE FEDERAL SECURITIES LAWS

Carlos Rodriguez Mena declares the following as to the claims asserted or to be asserted under the federal securities laws:

1. I have reviewed a draft of the Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint") asserting, *inter alia*, violations of the Securities Act of 1933 against Alex Larson Schultz, overHere Limited, Clinton So, and Tuah the Moon Foundation, and I have authorized my counsel Wolf Popper LLP and Burwick Law to file that Complaint.

2. I did not purchase the securities that are the subject of this action at the direction of my counsel or to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

4. I fully understand the duties and responsibilities of the lead plaintiff under the PSLRA, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

5. A list of my transactions in the securities that are the subject of this action (THE $HAWK TOKEN) are set forth in the chart attached hereto. The prices are listed in USD. I did not separately transact in the securities that are the subject of this action.

6. I have not been appointed or served as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

7. I will not accept any payment for serving as a representative party on behalf of the Class beyond my *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____12/19/2024_____

DocuSigned by:

*Carlos Rodriguez Mena*
C80E8EE0666B487...
Carlos Rodriguez Mena

## **TRANSACTIONS IN**
## **$HAWK TOKENS**

| Purchase or Sale | Date | Volume | Price (in USD) |
|---|---|---|---|
| PURCHASE | December 04, 2024 17:24:29 UTC | 88,281.597734 | $1487.84<br><br>($0.01685/$HAWK) |
| | | | |